No. 185. FARA INVESTORS, INC. *v.* LOURIE ET, AL. Court of Appeals of New York. Certiorari denied. *Henry N. Rapaport* for petitioner.

No. 188. GILLETTE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Vine H. Smith, Frank. E. Hook* and *Otho S. Bowling* for petitioner. *Solicitor General Perlman* and *Assistant Attorney General McInerney* for the United States.

No. 190. AMERICAN STORES Co. *v.* BETTERMAN. Supreme Court of Pennsylvania. Certiorari denied. *Joseph Gilfillan* for petitioner. *Frank A. Sinon* for respondent.

No. 191. WELDON *v.* INTERSTATE COMMERCE COMMISSION. C. A. 6th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Perlman, Assistant Attorney General Morison, James A. Murray* and *Leo H. Pou* for respondent.

No. 192. FREIDUS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *John McKim Minton* and *Richard T. Davis* for petitioner. *Solicitor General Perlman* and *Assistant Attorney General Caudle* for the United States.

No. 196. KIMBELL-DIAMOND MILLING Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *R. B. Cannon* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Lee A. Jackson* for respondent.

No. 198. LOUK ET AL. *v.* FRIEDMAN ET AL. C. A. 4th Cir. Certiorari denied.